IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| TU NGHIA HOANG, and<br>MARY ANN THI NGUYEN | *<br>*<br>* | |
| Plaintiffs, | *<br>* | CV 122-131 |
| v. | *<br>* | |
| MERRICK GARLAND, US Attorney<br>General, et al., | *<br>*<br>* | |
| Defendants. | | |

O R D E R

Before the Court is the Parties' notice of voluntary dismissal. (Doc. 11.) The parties filed the notice prior to Defendants having served an answer or a motion for summary judgment. Upon due consideration, the Court finds dismissal proper under under Federal Rule of Civil Procedure 41(a)(1)(A)(i).

**IT IS THEREFORE ORDERED** that this matter is **DISMISSED WITHOUT PREJUDICE**. The Clerk is **DIRECTED** to **TERMINATE** all motions and deadlines and **CLOSE** this case. Each Party shall bear its own costs and fees.

**ORDER ENTERED** at Augusta, Georgia, this 21ST day of November, 2022.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA